ACCEPTED
1-15-00117
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/12/2015 4:32:43 PM
CHRISTOPHER PRINE
CLERK

**No. 01-15-00117-CV**

---

**IN THE FIRST COURT OF APPEALS, HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/12/2015 4:32:43 PM
CHRISTOPHER A. PRINE
Clerk

---

League City,
    *Appellant and Cross-Appellee*,

v.

Texas Windstorm Insurance Association,
    *Appellee and Cross-Appellant*.

---

On Appeal from the
10th District Court at Galveston, Texas
No. 12-CV-0053

---

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME
TO FILE CROSS-APPELLANT'S BRIEF**

---

Dale Wainwright
dale.wainwright@bgllp.com
State Bar No. 00000049
Lindsay E. Hagans
State Bar No. 24087651
lindsay.hagans@bgllp.com
BRACEWELL & GIULIANI LLP
111 Congress Avenue, Suite 2300
Austin, Texas 78701
Telephone: (512) 472-7800
Facsimile: (800) 404-3970

**ATTORNEYS FOR CROSS-APPELLANT
TEXAS WINDSTORM INSURANCE ASSOCIATION**

Pursuant to Texas Rule of Appellate Procedure 10.5(b), Cross-Appellant Texas Windstorm Insurance Association ("TWIA") files its Unopposed Second Motion for extension of Time to file its brief.

TWIA's cross-appellant brief is currently due on June 15, 2015. This is TWIA's second request for an extension of thirty days in which to file its brief, which would make the cross-appellant brief due on July 15, 2015. Appellant League City has also requested a second thirty-day extension to file its brief, which this Court granted on June 5, 2015, making League City's appellant brief also due on July 15, 2015. TWIA agreed not to oppose League City's first two requests for extension and League City has not opposed this request.

TWIA needs a thirty-day extension of time to file its brief because it is awaiting supplementation of both the Clerk's record and the Court Reporter's record, which it will need to pursue its appellate remedies in addition to the partial record requested and filed by League City. Also, counsel has other deadlines and responsibilities which also demand his attention. A short, thirty-day extension of time would allow for preparation of the brief.

This extension is not sought for delay but that justice may be done. *See* TEX. R. APP. P. 10.5(b)(1)(C).

## **PRAYER**

For these reasons, Cross-Appellant Texas Windstorm Insurance Association prays this Court grant a thirty-day extension of time to file its brief, to and

including July 15, 2015.  Cross-Appellant also prays for such further relief to which it may be entitled.

Respectfully submitted,

BRACEWELL & GIULIANI LLP

By:*/s/ Dale Wainwright*

Dale Wainwright
State Bar No. 00000049
Lindsay E. Hagans
State Bar No. 24087651
111 Congress Avenue, Suite 2300
Austin, Texas 78701
Telephone:  (512) 472-7800
Facsimile:    (800) 404-3970
dale.wainwright@bgllp.com
lindsay.hagans@bgllp.com

***ATTORNEYS FOR CROSS-APPELLANT TEXAS WINDSTORM INSURANCE ASSOCIATION***

## CERTIFICATE OF CONFERENCE

I certify that I have communicated by email to counsel for the Appellant League City regarding the relief sought in this motion. Counsel for Appellant in not opposed to this motion.

/s/ Dale Wainwright
Dale Wainwright


## CERTIFICATE OF SERVICE

I certify that a copy of the Unopposed Second Motion for Extension of Time to file Cross-Appellant's brief was served on counsel of record through the Court's e-filing system on June 12, 2015, to the following:


Gregory F. Cox
Michael R. Ramsey
THE MOSTYN LAW FIRM
6280 Delaware Street
Beaumont, Texas 77706
Facsimile: (409) 832-2703

Jennifer Bruch Hogan
HOGAN & HOGAN
2 Houston Center
909 Fannin, Suite 2700
Houston, Texas 77010
Facsimile: 713-222-8810

***Attorneys For Appellant and
Cross-Appellee League City***

/s/ Dale Wainwright
Dale Wainwright

4

#4910580.3